UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ISMAEL AIDARA**<br><br>Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Respondent. | Civ. No. 2:23-CV-20704 (WJM)<br><br>**ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.**

This matter comes before the Court on *pro se* petitioner Ismael Aidara's ("Petitioner") motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. ECF No. 3. For the reasons expressed in the Opinion filed herewith, **IT IS** on this 18 day of April, 2024 **ORDERED** that Petitioner's motion is **DENIED; IT IS** further **ORDERED** that a certificate of appealability is **DENIED**.

WILLIAM J. MARTINI, U.S.D.J.